THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL CABO, Appellant. [646 NYS2d 11]

We reject the defendant's contention that he was denied the effective assistance of counsel. Although his trial counsel failed to make a motion to suppress the physical evidence, it is settled that "a failure to move to suppress physical evidence does not, in and of itself, establish the ineffective assistance of counsel" (*People v Taylor,* 157 AD2d 617, 618; *see also, People v De Mauro,* 48 NY2d 892; *People v Allen,* 193 AD2d 609, *lv denied* 82 NY2d 890). Here, the record indicates that there was no colorable basis for a suppression motion (*see, People v Garcia,* 75 NY2d 973; *People v Allen, supra,* at 610; *People v Sullivan,* 153 AD2d 223, 231). Because the defendant failed to make a showing that defense counsel had no legitimate explanation for failing to make the suppression motion, it should "be presumed that counsel acted in a competent manner and exercised professional judgment in not pursuing" such a motion (*People v Rivera,* 71 NY2d 705, 709; *People v Allen, supra*). Bracken, J. P., Thompson, Krausman and Florio, JJ., concur.